HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar #5118427
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIA ESTELA ESPARZA MAGALLANES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00218-SAB |
|---|---|
| Plaintiff, | **MOTION FOR RETURN OF PASSPORT; ORDER** |
| vs. | |
| MARIA ESTELA ESPARZA MAGALLANES, | |
| Defendant. | |

Defendant Maria Estela Esparza Magallanes appeared in this Court on November 20, 2019, and was ordered released on conditions. Pursuant to the terms of her release (*see* Dkt. #9 at 2), Ms. Magallanes surrendered her Mexican passport on November 21, 2019.

| 11/21/2019 | 8 | COLLATERAL RECEIVED as to Maria Estela Esparza Magallanes: Mexico Passport from Maria Estella Esparza, Passport Number G35395725 (Marrujo, C) (Entered: 11/21/2019) |
|---|---|---|

Ms. Magallanes' case, which was handled in the Central District of California, was dismissed on December 17, 2019. *See* Exhibit A, C.D. Ca case # 19-mj-04799, Dkt. #11 (Order Dismissing Complaint by Magistrate Judge Maria A. Audero as to Defendant Maria Estela Esparza Magallanes).

Pursuant to the Clerk's Office, this Court remains in possession of Ms. Magallanes' passport. As Ms. Magallanes' case has been dismissed, it is requested that Ms. Magallanes'

Magallanes - Motion for Return of Passport        -1-

Mexican Passport be returned to her. Ms. Magallanes requests that her Mexican Passport be released to her or her attorney of record, undersigned counsel, Assistant Federal Defender Christina M. Corcoran.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2020

/s/ *Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
MARIA ESTELA ESPARZA MAGALLANES

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court return Ms. Magallanes' Mexican Passport received on November 21, 2019. Ms. Magallanes' passport may be picked up from the Clerk's Office by either Ms. Magallanes or by her attorney of record, Assistant Federal Defender Christina M. Corcoran.

Dated: January 27, 2020

HON. BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE